Matter of Luke v Statsinger (2019 NY Slip Op 08640)





Matter of Luke v Statsinger


2019 NY Slip Op 08640


Decided on December 3, 2019


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on December 3, 2019

Friedman, J.P., Oing, Singh, Moulton, JJ.


2016/17 792/18

[*1]10475 In re Tyshawn Luke, Petitioner,
v
Hon. Steven Michael Statsinger, etc., Respondent.


Tyshawn Luke, petitioner pro se.
Letitia James, Attorney General, New York (Charles F. Sanders of counsel), for respondent.



The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: DECEMBER 3, 2019
CLERK